EMILY PINES et al., Appellants, v STATE OF NEW YORK, Respondent.

Decided June 5, 2014

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

Chief Judge LIPPMAN taking no part.

JOSEPH W. POWERS, Appellant, v 31 E 31 LLC et al., Respondents.

Submitted June 2, 2014; decided June 5, 2014

Motion by Defense Association of New York, Inc. for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

W & W GLASS, LLC, Respondent, v 1113 YORK AVENUE REALTY COMPANY LLC et al., Appellants, and SOTA GLAZING, INC., Respondent, et al., Defendants.

Submitted April 7, 2014; decided June 5, 2014

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.